# UNITED STATES DISTRICT COURT
for the
Western distirct of New York
_____ Division

25 CV 6569

Tanviir Mahmud Hossain

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Fatima Tuj. Jahura, City of Buffalo Police Department

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

) Case No. _____
) (to be filled in by the Clerk's Office)
)
)
) Jury Trial: (check one) ☑ Yes ☐ No
)
)
)
)
)
)
)
)
)

*FILED OCT 9 2025 — MARY C. LOEWENGUTH, CLERK, WESTERN DISTRICT OF NY*

## COMPLAINT FOR A CIVIL CASE

I.  **The Parties to This Complaint**

   A.  **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Tanvir Mahmud Hossain   ICN:158551 |
   | Street Address | 11581 WALDEN AVENUE |
   | City and County | ALDEN   ERIE |
   | State and Zip Code | NEW YORK   14004 |
   | Telephone Number | 716 |
   | E-mail Address | Not at this time |

   B.  **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 5

Defendant No. 1

| | |
|---|---|
| Name | Fatima Tuj. Jahura(,Individual) |
| Job or Title *(if known)* | unknown at this time , ( HER LAST KNOWN ADDRESS) |
| Street Address | 72 ~~[redacted]~~ East End AVE. |
| City and County | BUFFALO    ERIE |
| State and Zip Code | NEW YORK    14225 |
| Telephone Number | 716- UNKNOWN at this time |
| E-mail Address *(if known)* | UNKNOWN at this time. |

Defendant No. 2

| | |
|---|---|
| Name | City of Buffalo police Department(,Government agency) |
| Job or Title *(if known)* | Police agency |
| Street Address | 68 Court Street |
| City and County | Buffalo    ERIE |
| State and Zip Code | NEW YORK    14202 |
| Telephone Number | 716 |
| E-mail Address *(if known)* | UNKNOWN at this time |

Defendant No. 3

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

Defendant No. 4

| | |
|---|---|
| Name | N/A |
| Job or Title *(if known)* | N/A |
| Street Address | N/A |
| City and County | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address *(if known)* | N/A |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✔] Federal question            [✔] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.
THE following federal laws, statutes, provisions and treaties of the United States Constitution amendments have been violated against me, Federal laws on Defamation, Malicious, Neglience, Discrimination, race, creed, color, sex, and abuse of power by a government agency. And The United States -n- India Treatie to notify each others governments upon its citizens being arrested or held on criminal charges as stated in subsection 45.9(a to k) with in the treatie.

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

    a. If the plaintiff is an individual
    
    The plaintiff, *(name)* Tranvir Mahmud Hossain, is a citizen of the State of *(name)* India/USA New York.

    b. If the plaintiff is a corporation
    
    The plaintiff, *(name)* N/A, is incorporated under the laws of the State of *(name)* N/A,
    
    and has its principal place of business in the State of *(name)* N/A.

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual
    
    The defendant, *(name)* Fatima Tuj Jahura, is a citizen of the State of *(name)* New York United states. Or is a citizen of *(foreign nation)* India.

Pro Se 1 (Rev. 12/16) Complaint for a Civil Case

    b.     If the defendant is a corporation

The defendant, *(name)* City of Buffalo Police Department , is incorporated under the laws of the State of *(name)* New York , and has its principal place of business in the State of *(name)* New York United States .

Or is incorporated under the laws of *(foreign nation)* N/A ,

and has its principal place of business in *(name)* Buffalo New York United States .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.     The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:
THE amount at stake, for damages and relief is, 20 Million dollars.

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

#1 Fatima Tuj. Jahura, intentionaly and willfuly wrote false statements about myself on public records, and made false written statements online, social media, and also told false out right lies about myself in public places such as my place of work and other places I would go with the intent to to cause harm to myself. She also made false police Reports and statements to inflict more harm and hide. PLEASE SEE ADDITIONAL PAGE MARKED #1. FOR MORE INFO.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

I am seeking relief from damages in the amount of 20 Million dollars, for the following, and what ever further relief the court in its wisdom deems fare and just. Emotional distress, Emotional injuries, physical distress, physical injuries, loss of money, loss of property, loss of family, loss of freedom, infringement upon my rights, loss of my good name, loss of my life. and much, much, much more. To which is seen at this time and seen as of yet, the pain and suffering of my family and the time I will not get back from my young children who needed there father to be with them, and suffering of my family seeing the bad words of lies writen online.

Page #.1) III Statement of Claim. (Hossain).

What she was doing, stealing money and othe property from my self and family using our name as her own. Now her self on the run from law.

#2. City of Buffalo police Department: Neglience in knowing the likly hood Fatima statements were a false represntation and had no base in fact and no evidence to back her statements up, and her as a witness or a victim is vary unreliable as it has been well established she is a lier and had made false statements before. The Buffalo police acted with discrimination when using words like "you people" and worse, using there power as police to scare people, my self treating me as if I was not human. With wrongfuly and knowingly using extreme force when talking to me with threats of violence. And much worse both parties have done much wores. and the facts will speek for them selfs.

To the Clerk of the Court, please send paper work so I may proceed In Forma Pauperis
Thank you

## V.   Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A.   For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing:   10/03/2025

Signature of Plaintiff
Printed Name of Plaintiff   Travin Mahmud Hossin :ICN: 158551

### B.   For Attorneys

Date of signing:   10/01/2025

| | |
|---|---|
| Signature of Attorney | N/A |
| Printed Name of Attorney | N/A |
| Bar Number | N/A |
| Name of Law Firm | N/A |
| Street Address | N/A |
| State and Zip Code | N/A |
| Telephone Number | N/A |
| E-mail Address | N/A |

TANVIR HOSSAIN  ICN# 158551
Erie County Correctional Facility
11581 Walden Ave – Alden, New York 14004

Attn: Clerk of the Court
United States Courthouse
2 Nigara Square
Buffalo N.Y. 14202



USDC-WDNY
OCT - 9 2025
BUFFALO